# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT D. WALLACE, JUDY WALLACE,**

      **Plaintiffs,**

**-vs-**                **Case No. 6:05-cv-674-Orl-28KRS**

**THE KIWI GROUP, INC., HEATHER ESQUE, WILLIAM ESQUE,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' CLAIM FOR ATTORNEYS' FEES AND COSTS PURSUANT TO SECTION 448, FLORIDA STATUTES (Doc. No. 19)**
>
> **FILED:**   September 15, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On May 5, 2005, Robert and Judy Wallace ("the Wallaces") filed a complaint against The Kiwi Group, Inc., Heather Esque and William Esque (collectively "the defendants"), alleging violations of the overtime and minimum wage provisions of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*. Doc. No. 1. Specifically, the Wallaces allege that the defendants failed to pay them overtime

compensation and minimum wages while they were employed by Kiwi. The Wallaces also seek liquidated damages, attorney's fees and costs.

On June 3, 2005, the defendants filed an answer, in which they asserted several affirmative defenses. Doc. No. 10. The defendants also asserted a claim for attorney's fees pursuant to Fla. Stat. § 448.08.[1] The Wallaces request the Court to strike the defendants claim for attorney's fees because their complaint "is based exclusively on the provisions of the FLSA." Doc. No. 3, at 3. The defendants have not responded to the Wallaces' motion to strike and the time for doing so has passed. Thus, the motion will be treated as unopposed.

Accordingly, Plaintiff's Motion to Strike Defendants' Claim for Attorneys' Fees and Costs Pursuant to Section 448, Florida Statutes (doc. no. 19) is hereby **GRANTED** as unopposed. The defendants' claim for attorney's fees pursuant to Fla. Stat. § 448.08 is stricken from their answer.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The statute provides that a "court may award to the prevailing party in an action for unpaid wages costs of the action and a reasonable attorney's fee." Fla. Stat. § 448.08.