# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT D. WALLACE, JUDY WALLACE,**

                **Plaintiffs,**

-vs-                                                  Case No.  6:05-cv-674-Orl-28KRS

**THE KIWI GROUP, INC., HEATHER ESQUE, WILLIAM ESQUE,**

                **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO WITHDRAW (Doc. No. 45)**
>
> **FILED:**      May 15, 2007

      On May 15, 2007, Kenneth D. Morse, counsel for Defendants The Kiwi Group, Inc. (Kiwi), William Esque, and Heather Esque, filed the present motion seeking to withdraw as counsel of record, indicating that the defendants had failed to respond to his communications.

      I issued an Order to Show Cause and Notice of Hearing directing William Esque, Heather Esque, and a representative of Kiwi to appear before me on Wednesday, May 30, 2007, at 9:30 a.m. for a hearing on the motions. Doc. No. 46. At the hearing, Attorney Morse indicated that he had

failed to provide his clients with notice of the hearing. Consequently, I issued an Amended Order to Show Cause and Notice of Hearing, requiring William Esque, Heather Esque, and a representative of Kiwi to appear before me on Thursday, June 14, 2007, at 9:30 a.m. I cautioned the defendants that failure to appear could result in sanctions, including a recommendation that a default be entered against them. *Id.* The Court's record reflects that a copy of this Order to Show Cause and Notice of Hearing was mailed to the defendants at three separate addresses. One of the copies of the order was returned to the Clerk of Court as undeliverable, but there is no indication that the other two copies were not received. Additionally, at the hearing on June 14, 2007, Attorney Morse stated that he had mailed and e-mailed copies of the order to the defendants, which were not returned.

Counsel for the parties appeared at the hearing, but neither William Esque, Heather Esque, nor a representative of Kiwi appeared. Attorney Morse indicated that he had not been contacted by the defendants for some time.

Federal Rule of Civil Procedure 16(f) provides, in pertinent part, as follows: "[i]f a party . . . fails to obey a scheduling or pretrial order, or if no appearance is made on behalf of a party at a scheduling or pretrial conference . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D)." Federal Rule of Civil Procedure 37(b)(2)(C) permits the Court to strike the answer of the defendants and enter a default against them.

It is undisputed that the defendants in this case have failed to stay in contact with their attorney and disobeyed the order to appear at the hearing on Thursday, June 14, 2006. They have received ample notice that their disregard of the Court's order could result in the imposition of sanctions, including a default being entered against them. As the defendants have failed to attend the hearing,

they have indicated that they have abandoned their efforts to defend this case and sanctions are warranted.

Accordingly, I respectfully recommend that the Court **STRIKE** the defendants' answer, doc. no. 10, and **DIRECT** the Clerk of Court to enter a default against each defendant. I further recommend that the Court give the plaintiffs thirty days from the date of the ruling on this Report and Recommendation to file a motion for default judgment. After a default is entered, I recommend that the Court **GRANT** the Motion to Withdraw, doc. no. 45, filed by Attorney Morse, counsel for the defendants.

The Clerk of Court is directed to mail a copy of this Report and Recommendation to the defendants at each of the following addresses: 7 Esther Court, New Smyrna Beach, Florida 32169-3803; and 1135 N. Dixie Freeway, New Smyrna Beach, Florida 32168-6069.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 16, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy