UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT D. WALLACE, JUDY
WALLACE,

                Plaintiffs,

-vs-                                        Case No. 6:05-cv-674-Orl-28KRS

THE KIWI GROUP, INC., HEATHER
ESQUE, WILLIAM ESQUE,

                Defendants.

## ORDER

This case is before the Court on the Motion to Withdraw (Doc. No. 45) filed May 15, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 16, 2007 (Doc. No. 56) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Answer and Affirmative Defenses filed by the Defendants (Doc. No. 10) is hereby **STRICKEN**.

    3.    The Clerk is directed to enter a default against each Defendant.

4. The Plaintiffs shall have thirty (30) days from the date of this Order to file a motion for default judgment.

5. The Motion to Withdraw (Doc. 45) is **GRANTED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party