**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ROBERT D. WALLACE, JUDY WALLACE,**

                **Plaintiffs,**

**-vs-**                                            **Case No. 6:05-cv-674-Orl-28KRS**

**THE KIWI GROUP, INC., HEATHER ESQUE, WILLIAM ESQUE,**

                **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS THE CASE (Doc. No. 59)**
>
> **FILED:** August 8, 2007
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

On May 15, 2007, Kenneth D. Morse, who was at that time counsel for Defendants The Kiwi Group, Inc., Heather Esque, and William Esque, filed a motion to withdraw as counsel of record for the defendants because the defendants were no longer communicating with him. Doc. No. 45. An Amended Order to Show Cause and Notice of Hearing was issued with respect to Morse's motion, specifically requiring the defendants to attend a hearing set for June 14, 2007. Doc. No. 46. Counsel

for the parties appeared at the hearing, but neither William Esque or Heather Esque, nor a representative of Kiwi, appeared. Doc. No. 56. Accordingly, the Court issued an order striking the defendants' answer and directing the Clerk of Court to enter a default against each defendant. Doc. No. 57. On August 8, 2007, the Clerk of Court entered defaults against the defendants. Doc. No. 58.

Thereafter, Defendant Heather Esque sent a letter to the Court requesting that the present action be dismissed. Before the Court will consider any motions filed by the defendants, the defendants must move to set aside the defaults by filing a motion showing good cause as to why the defaults should be vacated. The individual defendants may file motions on their own behalf, but Kiwi may not appear and be heard except through counsel of record. *See* Local Rule 2.03(e).

It is, therefore, respectfully recommended that Heather Esque's motion to dismiss be denied without prejudice.

The Clerk of Court is directed to mail a copy of this Report and Recommendation to the defendants c/o Heather Esque, 7 Esther Court, New Smyrna Beach, Florida 32169.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 4, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy