# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT D. WALLACE, JUDY
WALLACE,

                    **Plaintiffs,**

-vs-                                    **Case No.  6:05-cv-674-Orl-28KRS**

THE KIWI GROUP, INC.,  HEATHER
ESQUE,  WILLIAM ESQUE,

                    **Defendants.**

---

## ORDER

    This case is before the Court on Defendant Heather Esque's Motion to Dismiss (Doc. No. 59) filed August 8, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

    After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 4, 2007 (Doc. No. 61) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Heather Esque's letter Motion to Dismiss (Doc. No. 59) is **DENIED without prejudice.**

       **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_2 3\_\_ day of October,

2007.

                                  JOHN ANTOON II
                                  United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party