UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT D. WALLACE, JUDY WALLACE,

                Plaintiffs,

-vs-                                              Case No. 6:05-cv-674-Orl-28KRS

THE KIWI GROUP, INC., HEATHER ESQUE, WILLIAM ESQUE,

                Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion for Entry of Default Final Judgment (Doc. No. 60) filed August 17, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of the Response to the Report and Recommendation filed by Defendants (Doc. 65), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 19, 2007 (Doc. No. 63) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Final Judgment (Doc. No. 60) is **GRANTED in part** and **DENIED in part.**

3. Default judgment is entered against Defendants The Kiwi Group, Inc., Heather Esque and William Esque on Judy Wallace's and Robert Wallace's FLSA minimum wage

and overtime compensation claims. Defendants shall pay, jointly and severally, damages, attorney's fees and costs as follows: to Judy Wallace in the amount of $8,544.00 (including liquidated damages); to Robert Wallace in the amount of $22,944.00 (including liquidated damages); $3,345.00 in attorney's fees; and $445.00 in costs.

4. The Clerk of the Court is directed to issue a judgment consistent with this Order and thereafter to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3 day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party